**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

Criminal Case No.: 12-CR-00211-WJM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. ROGER CHASE BRASSARD,

Defendant.

---

**ORDER FOR RELEASE FROM CUSTODY**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant has been accepted into Peaceful Spirit inpatient program and was placed on a $10,000.00 unsecured bond with special conditions on June 25, 2012.

**IT IS HEREBY ORDERED** that the Defendant shall be released from custody on June 27, 2012 at 9:30 a.m. to be immediately transported to Peaceful Spirits in Ignacio, Colorado by the U. S. Marshal's Service.

**DATED:   June 25, 2012.**

BY THE COURT:

s/David L. West
United States Magistrate Judge

1