**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal No.  12-CR-00211-WJM**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. ROGER CHASE BRASSARD,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Counsel for the Defendant and the Defendant wish to have the Defendant detained prior to his sentencing rather that remain on bond, therefore:

**IT IS HEREBY ORDERED** that this matter is set for a hearing before the Magistrate Judge in Durango, Colorado on September 14, 2012 at 9:30 a.m. for the Defendant to surrender and be detained prior to sentencing.

**IT IS FURTHER ORDERED** that defense counsel may appear by video conference from Denver for the purposes of this hearing.

**DATED: September 10, 2012.**

        **BY THE COURT:**

        **s/David L. West**
        **United States Magistrate Judge**